IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CATHERINE L. ROBERTSON, )
  )
   Plaintiff, )
  )
v. ) 3:09-00398
  )
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
  )
   Defendant.

**O R D E R**

     Before the Court is the Report and Recommendation (R&R) of Magistrate Judge Knowles in which he recommends affirmance of the Commissioner's decision and dismissal of Plaintiff's case. The Plaintiff has timely flied objections to the R&R insisting that the Administrative Law Judge failed to give appropriate weight to the opinions of Plaintiff's treating physician and psychiatrist. Defendant has filed a reply to Plaintiff's objections.

     The objections of Plaintiff are fully treated by the Magistrate Judge in the R&R. The Administrative Law Judge adequately explained the weight accorded to Drs. Parey and Parrott in that they were internally inconsistent and also inconsistent with other facts in the record. Further, the Administrative Law Judge found the Plaintiff to be of questionable credibility in light of the tests and testimony of Drs. Rubinowicz and Walker.

     The Report and Recommendation is correct in law and fact and the same is adopted as the findings and conclusions of the Court. The opinion of the Administrative Law Judge is supported by substantial evidence. It is, therefore, affirmed.

     Plaintiff's Motion for Judgment on the Record, Document #15, is DENIED, the Defendant's Motion for Judgment on the Pleadings, Document #19, is GRANTED, the decision of the Commissioner is AFFIRMED and this case is DISMISSED.

     It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge